UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04349-DOC-SK Date: September 21, 2026

Title Arman Reforma Agua v. Kristi Noem, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

By no later than September 28, 2026, the Government is ordered to show cause in writing why judgment on the pending 28 U.S.C. § 2241 petition should not be entered in petitioner's favor based on the same reasons and on the same terms set forth in the district court's September 4, 2026 order granting immediate release and conditionally restraining respondents from re-detaining petitioner (ECF 13). *See Nielsen v. Preap*, 586 U.S. 392, 403–04 (2019); *Gonzalez v. Arizona*, 677 F.3d 383, 390 (9th Cir. 2012) (en banc); *Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007); Fed. R. Civ. P. 65(a)(2). The Government may discharge this order, without waiving their appellate rights, by lodging a proposed order granting the petition under the reasons and terms in the district court's September 4, 2026 order and a separate proposed judgment closing the case accordingly. *See, e.g.*, *Kaur v. Bowen*, No. 5:26-CV-00228-DOC, ECF 32-34 (C.D. Cal. Aug. 2026). Otherwise, the court will set an October 2026 hearing date on the petition for the parties to be heard on the merits of the § 2241 petition.

IT IS SO ORDERED.