**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAN REFORMA AGUA,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | CASE NO. 5:26-cv-04349-DOC-SK<br><br>**ORDER GRANTING PETITION UNDER 28 U.S.C. § 2241** |

On September 4, 2026, the Court granted Petitioner's application for a temporary restraining order and ordered Petitioner released from custody immediately "under no more stringent conditions of release than the original order of supervision conditions." (ECF 13 at 5). The Court also enjoined Respondents from "re-detaining Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter and the government has shown justification for this detention." (*Id.*). Petitioner has since been released as ordered.

As a result, on September 21, 2026, Respondents were ordered to show cause why judgment on the pending 28 U.S.C. § 2241 petition should not be entered in Petitioner's favor based on the same reasons and on the same terms set forth in the Court's September 4 order granting immediate release and conditionally restraining Respondents from re-detaining Petitioner. (ECF 16). Respondents have not timely responded to that show-cause order. Therefore, the Court presumes that Respondents do not oppose entry of final judgment granting the writ of habeas corpus consistent with the reasons and conclusions in the Court's September 4 order. *See Gonzalez v. Arizona*, 677 F.3d 383, 390 (9th Cir. 2012) (en banc) (recognizing that a court's legal conclusions in preliminary equitable proceedings can be effectively conclusive on final judgment under law-of-the-case principles); *Ranchers Cattlemen Action Legal Fund United*

*Stockgrowers of Am. v. U.S. Dep't of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007) (recognizing exceptions not applicable here); *see also* Fed. R. Civ. P. 65(a)(2) (providing that merits adjudication of case can be based on same evidence received during preliminary-injunction proceedings).

So understood, the petition under 28 U.S.C. § 2241 is granted. Final judgment in Petitioner's favor consistent with the Court's September 4, 2026 order will be entered accordingly.

IT IS SO ORDERED.

DATED: September 29, 2026

David O. Carter

DAVID O. CARTER
United States District Judge