**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAN REFORMA AGUA,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | CASE NO. 5:26-cv-04349-DOC-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that Petitioner ARMAN REFORMA AGUA (A# 72863998) is released from custody under no more stringent conditions of release than the original order of supervision conditions and Respondents are enjoined from re-detaining Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter and the government has shown justification for this detention.

The Court Clerk is directed to close the case.

DATED: September 29, 2026

David O. Carter

DAVID O. CARTER
United States District Judge